UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                          CASE NO. 08-51207

EAST CAMERON PARTNERS, L.P.                     CHAPTER 11

                    DEBTOR

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtor has filed the First Interim Application for Compensation and Reimbursement of Expenses of Goldking Capital Management, LLC as Chief Restructuring Officer for the Debtor in the above-captioned matter.

**PLEASE TAKE NOTICE** that all objections to said Application must be filed with the Court and served on counsel for the Debtor, Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana, 70130, no later than five (5) calendar days prior to the noticed hearing date.

**PLEASE TAKE FURTHER NOTICE** that a hearing on said Motion will be held on the **15th of September 2009 at 10:00 o'clock a.m.** in the United States Courthouse, United States Bankruptcy Court for the Western District of Louisiana - Lafayette Division, 214 Jefferson Street, Lafayette, Louisiana 70501.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD

_____
STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
ELIZABETH R. CARTER (#31090)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com;
bkadden@lawla.com; ecarter@lawla.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing on the First Interim Application for Compensation and Reimbursement of Expenses of Goldking Capital Management, LLC as Chief Restructuring Officer for the Debtor has been served upon the following parties via the Court's CM/ECF System on this 26th day of August 2009:

- Brent Barrier, barrierb@phelps.com
- Robin Cheatham, cheathamrb@arlaw.com
- Leonard Copeland, Leonard.w.copeland@usdoj.gov
- Patrick D. Devine, pdevine@pdevinelaw.com
- Matt J. Farley, mfarley@kfplaw.com
- Kristian W. Gluck, kgluck@fulbright.com
- Joseph P. Hebert, jphebert@liskow.com
- Shari L. Heyen, heyens@gtlaw.com
- Omer F. Kuebel, nobankecf@lockelord.com
- Louis M. Phillips, lphillips@gordonarata.com, pbartholomew@gordonarata.com; jalcantara@gordonarata.com
- Christopher J. Piasecki, epiasecki@davidsonmeaux.com
- Michael H. Piper, mpiper@steffeslaw.com
- Harry Rosenberg, harry.rosenberg@phelps.com
- Eric A. Schaffer, eschaffer@reedsmith.com
- William E. Steffes, bsteffes@steffeslaw.com
- Office of United States Trustee, USTPRegion05.SH.ECF@usdoj.gov
- John E. West, jwest@velaw.com

and, has been served on those parties listed on the attached service list this 26th day of August 2009.

| | | |
|---|---|---|
| AFCO Commercial Premium Finance<br>12160 Abrams Rd., Suite 301-LB<br>Dallas, TX 75243 | Baker & Hostetler, LLP<br>1000 Louisiana St.,<br>Ste. 2000<br>Houston, TX 77002 | Baker & Hostetler, LLP<br>Washington Square,<br>Ste 1100<br>1050 Conneticut Ave. N.W<br>Washington, DC 20036-5304 |
| Baker & Hostetler, LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114-3485 | BP America Production Company<br>4101 Winfield Rd.<br>Warrenville, IL 60555 | BP Corporation North America<br>501 Westlake Blvd.<br>Houston, TX 77079 |
| Britt, Sarkies & Associates<br>c/o Robert E. Britt<br>101 Rue Iberville, Ste. 101<br>Lafayette, LA 70508 | BSEC-Bemo Securitisation<br>7th Floor, BEMO Bank Bldg<br>Sassine Sqaure<br>Ashrafieh, Beruit, Lebanon | BT Exploration<br>2425 Fountain View, Suite 100<br>Houston, TX 77057 |
| BT Operating Co.<br>Attn.: Campbell Evans<br>2425 Fountainview, Ste. 100<br>Houston, TX 77057 | Candy Fleet<br>c/o Kenneth I. Nelkin<br>P.O. Box 2444<br>Morgan City, LA 70381 | Candy Fleet Corporation<br>1207 Front Street<br>Morgan City, La 70380 |
| Cedar Gas Company<br>1770 St. James Place,<br>Ste. 505<br>Houston, TX 77056 | Cisne and Associates, Inc.<br>Attn: Bryan M. Cisne<br>2200 Roswell Ave.<br>Charlotte, NC 28207 | Clean Gulf Assoc/ MSRC<br>42156 Highway 23<br>Venice, LA 70091 |
| Continental Production Services<br>2721 FM 521 Rd.<br>Fresno, TX 77545-9425 | Cook, Yancey, King & Galloway<br>Attn: Curtis R. Shelton<br>333 Texas St., Ste. 1700<br>Shreveport, LA 71120-2260 | Creel & Associate<br>Attn: Barry L. Creel<br>810 Highway 6 South,<br>Ste. 116<br>Houston, TX 77079 |
| DEAC Holdings, LLC<br>Attn: Charles N. Cisne<br>2117 Sunderland Place<br>Charlotte, NC 28211 | DeepSouth Chemical, Inc.<br>P.O. Box 80657<br>Lafayette, LA 70598-0657 | Deutsche Bank Trust Co. Americas<br>Attn: Project Finance Group<br>60 Wall Street<br>Mail Stop NYC 60-2710<br>New York, NY 10005 |
| Energy Cranes, LLC<br>6707 Northwinds Dr.<br>Houston, TX 77041 | Energy Cranes, LLC<br>P.O. Box 845789<br>Boston, MA 02284 | Energy Logistics, Inc.<br>11200 Richmond Ave., Ste. 400<br>Houston, TX 77082 |
| EPS Logistics Company<br>P.O. Box 80644<br>Lafayette, LA 70598 | Flowchem Technologies<br>P.O. Box 62066<br>Lafayette, LA 70596 | Gaffney, Cline & Associates<br>Attn: Rawdon J. H. Seager<br>Four Oaks Place<br>1360 Post Oak Blvd, Ste. 2500<br>Houston, TX 77056 |
| Global Securitization Svs.<br>Attn: Frank B. Bilotta<br>114 West 47th Street,<br>Ste. 2310<br>New York, NY 10036 | Global Securitization Svs.<br>Attn: Frank B. Bilotta<br>68 S. Service Rd, Suite 120<br>Melville, NY 11747-2350 | Gray Wireline Service, Inc.<br>Attention: Christopher J. Piasecki<br>Davidson, Meaux, Sonnier & Mcelligott<br>810 South Buchanan Street<br>Lafayette, LA 70502 |

| | | |
|---|---|---|
| Greystar Corporation<br>10375 Richmond Ave.<br>Ste. 900<br>Houston, TX 77042 | Greystar Corporation<br>P.O. Box 4346 Dept. 132<br>Houston, TX 77210 | Halliburton Energy Services<br>Attn: Anita Sanders<br>2107 City West Blvd. Bldg. 4, 1323B<br>Houston, TX 77042-3051 |
| Halliburton Energy Services<br>10200 Bellaire Blvd.<br>Houston, TX 77072 | Halliburton Energy Services<br>P.O. Box 203143<br>Houston, TX 77216-3143 | Hallman-Smith Consulting, Inc.<br>Attn: Christopher Smith<br>321 Adams Street<br>Decatur, GA 30030 |
| Harvest Pipeline Company<br>c/o Shari L. Heyen<br>Greenberg Traurig, LLP<br>1000 Louisiana, Suite 1700<br>Houston, Texas 77002 | Instruments & Electrical<br>P.O. Box 386<br>Abbeville, LA 70511-0386 | Jones, Walker<br>201 St. Charles Ave., 50th Floor<br>New Orleans, LA 70170-5100 |
| Jones, Walker<br>500 Dover Blvd., Suite 120<br>Lafayette, LA 70503-5269 | Jones, Walker<br>8555 United Plaza Blvd.<br>Baton Rouge, LA 70809-6760 | KPMG<br>P.O. Box 493 GT<br>Century Yard Building<br>Grand Cayman, Cayman Islands |
| Merrill Lynch Commodities, Inc.<br>Attn: Kelly Funderburk<br>20 East Greenway Plaza, Ste. 700<br>Houston, TX 77046 | Merill Lynch Credit Products<br>Attn: Nick Renwick, VP<br>4 World Financial Center<br>7th Floor<br>New York, NY 10080 | Merrill Lynch International<br>Merrill Lynch Financial Centre<br>2 King Edward Street<br>London EC1A 1HQ<br>United Kingdom |
| Minerals Management Service<br>Public Information Office<br>1201 Elmwood Park Boulevard<br>New Orleans, Louisiana 70123-2394 | Office of the United State Trustee<br>300 Fanin Street, Room 3196<br>Shreveport, LA 71101 | Open Choke Energy, LLC<br>2425 Fountainview, Suite 100<br>Houston, TX 77057 |
| Open Choke Exploration, LLC<br>2425 Fontainview, Suite 100<br>Houston, TX 77057 | Postlethwaite & Netterville<br>A Professional Accounting Corp.<br>30th Floor-Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3000 | Premier Industries, Inc.<br>3450 Peters Road<br>P.O. Box 70<br>Harvey, LA 70059 |
| Pride Offshore, Inc.<br>5847 San Felipe, Suite 3300<br>Houston, TX 77057 | Production Wireline<br>110 Thru Way Park Rd.<br>Broussard, LA 70518 | SPL, Inc.<br>8880 Interchange Drive<br>Houston, TX 77054 |
| Standard & Poor's Rating Services<br>Attn: ABS Surveillance Group<br>55 Water Street, 42nd Floor<br>New York, NY 10041-0003 | Whitney National Bank<br>Attn: Timothy C. Brennan<br>Wealth Management & Trust Dept.<br>228 St. Charles Ave., 2nd Floor<br>New Orleans, LA 70130 | Louis Strubeck<br>Fulbright & Jaworski, LLP<br>200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784 |
| Patrick D. Devine<br>Law Office of Patrick D. Devine<br>5120 Woodway Drive, Suite 8002<br>Houston, Texas 77056 | Joseph P. Hebert<br>Renee Z. Berard<br>Liskow & Lewis<br>822 Harding Street<br>Lafayette, Louisiana 70503 | Robin B. Cheatham<br>Lisa M. Hedrick<br>Adams and Reese<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana 70139 |

John E. West
Vinson & Elkins L.L.P.
2500 First City Tower
1001 Fannin Street
Houston, Texas 77002

Eric A. Shaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Omer F. Kuebel III
Jason M. Cerise
Locke Lord Bissell & Liddell, LLP
601 Poydras St., Suite 2660
New Orleans, Louisiana 70130

David Nelson
Securities & Exchange Commission
So.East Regional Office
801 Brickell Ave., Ste. 1800
Miami, FL 33131

Roy C. Die
RLI Insurance Company
8 Greenway Plaza, Suite 400
Houston, Texas 77040

Michael H. Piper
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Blvd, Building 3
Baton Rouge, LA 70817

Louisiana Dept. of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201

Matt J. Farley
Krebs, Farley & Pelleteri, P.L.L.C.
400 Poydras St., Suite 2500
New Orleans, LA 71030

Brent Barriere
D. Skylar Rosenbloom
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130

Daniel P. Winikka
Jones Day
2727 N. Harwood St.
Dallas, TX 75201

Internal Revenue Service
1919 Smith Street
Houston, Texas 77002