**SO ORDERED.**

**SIGNED March 12, 2010.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08-51207 |
| EAST CAMERON PARTNERS, L.P. | CHAPTER 11 |
| DEBTORS | |

### ORDER APPROVING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

CONSIDERING THE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL ("Motion") and the Court concluding that the relief requested therein should be approved;

IT IS ORDERED THAT the Motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that Gordon, Arata, McCollam, Duplantis & Eagan, LLP be and is hereby authorized to withdraw and be deleted from the docket and record of this case as

counsel for Open Choke Energy, LLC, and that Heller, Draper, Hayden, Patrick, & Horn, L.L.C. be and is hereby authorized to enroll as counsel for Open Choke Energy, LLC within this bankruptcy case.

#####

SIGNATURES OF SUBMITTING AND APPROVING PARTIES APPEAR ON FOLLOWING PAGE

Respectfully submitted,

/s/ Louis M. Phillips
Louis M. Phillips
**GORDON, ARATA, MCCOLLAM,
 DUPLANTIS & EAGAN, L.L.P.**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Phone: (225) 381-9643
Facsimile: (225) 336-9763
Email: lphillips@gordonarata.com
Withdrawing counsel for Open Choke Energy, LLC


/s/ Douglas S. Draper
Douglas S. Draper, LA Bar No. 5073
Jan M. Hayden, LA Bar No. 6672
Leslie A. Collins, LA Bar No. 14891
Heller, Draper, Hayden, Patrick
 & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
Substituting Counsel for Open Choke Energy, LLC


Approved:
Open Choke Energy, LLC
/s/ Campbell Evans
Campbell Evans, Manager
 of Open Choke Energy, LLC