**SO ORDERED.**

**SIGNED October 20, 2010.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08-51207 |
| EAST CAMERON PARTNERS, L.P. | CHAPTER 11 |
| DEBTOR | |

### ORDER CONTINUING AND RESETTING HEARING ON THE CONFIRMATION OF THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

Considering the Ex Parte Motion by the Debtor to Continue the Hearing on the Confirmation of the Second Amended Chapter 11 Plan of Reorganization (the "Motion"), the applicable law, the arguments of counsel, and finding good cause for the relief requested therein:

**IT IS ORDERED** that the Motion be and hereby is GRANTED.

**IT IS FURTHER ORDERED** that the hearing on the confirmation of the Debtor's Second Amended Plan of Reorganization (Docket No. 598) be and is hereby continued and reset for November 30, 2010 at 11:00 a.m.

###

This Order was prepared and is being submitted by:

Stewart F. Peck (#10403)
Christopher T. Caplinger (#25357)
Benjamin W. Kadden (#29927)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
*Attorneys for the East Cameron Partners, L.P.*

2