UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

08-51207 East Cameron Partners, LP    Chapter: 11

Second Amended Chapter 11 Plan

**APPEARANCES:**

Stewart F. Peck representing East Cameron Partners
Greta Brouphy for Open Choke
Michael H. Piper representing Official Committee of Unsecured
    Creditors
Tom Thompson, for USA/IRS
Patrick Devine for Cedar Gas Company

**RULING:** Upon filing of the immaterial modification, the plan will be confirmed.

**ORDER TO BE PREPARED BY:** Peck

Date:   November 30, 2010