UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                                       CASE NO. 08-51207

EAST CAMERON PARTNERS, L.P.                      CHAPTER 11

**NOTICE OF EFFECTIVE DATE OF PLAN**

Now into Court, through undersigned counsel, comes Paul N. DeBaillon (Liquidating Trustee) Liquidating Trustee for the East Cameron Partners, L.P. Liquidating Trust (the Trust), who respectfully files this notice as follows.

1.

Attached hereto as an exhibit is the fully executed copy of the Trust Agreement, dated December 31, 2010.

2.

The Liquidating Trustee further notifies the Court and all parties that the funds held by the Debtor and its counsel have all been transferred to the accounts of the Liquidating Trustee.

                                                      Respectfully submitted,
                                                      DEBAILLON & MILEY

                                                      /s/ Paul N. DeBaillon
                                                      PAUL N. DEBAILLON, #04778
                                                      201A Travis Street
                                                      P. O. Box 51387
                                                      Lafayette, LA 70505
                                                      (337) 237-0598; fax (337)233-8867
                                                      Attorney for Liquidating Trustee

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Effective Date of Plan has this date been sent to the following via electronic mail and by the Court's CM/ECF noticing system this 18th day of January, 2011:

Benjamin W. Kadden at bkadden@lawla.com
Leonard W. Copeland at leonard.w.copeland@usdoj.gov
Kristian W. Gluck at kgluck@fulbright.com
Brandon A. Brown at bbrown@stewartrobbins.com

/s/ Paul N. DeBaillon
PAUL N. DEBAILLON